1   JACK DURAN, SBN 221704
    DURAN LAW OFFICE
2   4010 Foothills Blvd., S-103, N.98
    Roseville, CA 95747
3   Telephone: (916) 779-3316
    Facsimile: (916) 520-3526
4   duranlaw@yahoo.com

5   Attorneys for Plaintiff CEDARVILLE
    RANCHERIA
6

7                    UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                       SACRAMENTO DIVISION

10  CEDARVILLE RANCHERIA,                    Case No.: 2:12-CV-03046-LKK-CMK

11                  Plaintiff,

12  v.                                       **JOINT REQUEST TO APPROVE STIPULATION
                                             TO EXTEND WITNESS DISCLOSURE FILING
13  CEDARVILLE COUNTY WATER DISTRICT, DOES 1 TIME LINE; ORDER**
    THROUGH 100, INCLUSIVE

14                  Defendant

15      **TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE**

16  **EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES TO THE WITHIN ACTION:** Jack Duran

17  of Duran Law Office and Samuel L. Emerson of Best, Best & Krieger, LLP, hereby file this application to this

18  Honorable Court requesting its approval of the parties' stipulation to a two (2) week extension of time for the filing

19  of Expert Witness Disclosures, from September 12, 2013 to September 27, 2013, for both plaintiff CEDARVILLE

20  RANCHERIA, and defendant CEDARVILLE COUNTY WATER DISTRICT, on the following grounds:

21          1.      On or about September 3, 2013, Plaintiff retained the law firm of Duran Law Office as its general

22                  counsel and to represent Plaintiff in this matter.

23          2.      On September 11, 2013 the Court approved Plaintiff's request to substitute Counsel Jack Duran,

24                  of Duran Law Office as Plaintiff's Counsel in this matter.

25          3.      Both Counsels Request Plaintiff additional time to explore possible settlement of this matter prior

26                  to filing Expert Witness Disclosures.

27

28                                          -1-
        **JOINT REQUEST TO APPROVE STIPUATION TO EXTEND WITNESS DISCLOSURE FILING
                            TIMELINE; [PROPOSED] ORDER**

1    WHEREFORE, Jack Duran of Duran Law Office and Samuel L. Emerson, of Best, Best & Krieger, LLP.,

2  respectfully request that this Honorable Court grant the instant application and approve the joint stipulation

3  extending the Expert Witness Disclosure Submission period from September 12, 2013 until September 27, 2013.

4  Dated this 11th day of September, 2013.

5

6                                                              DURAN LAW OFFICE

7                                                               s/s Jack Duran
                                                                _____
                                                                Attorney for Plaintiff Cedarville Rancheria
8                                                               Duran Law Office retains the original document with
                                                                signatures

9

10                                                             BEST, BEST & KRIEGER

11                                                              s/s Samuel L. Emerson
                                                                _____
                                                                Attorney for Defendant Cedarville County Water
12                                                              District

13

14

15                                             **ORDER**

16    On September 11, 2013, Jack Duran and Duran Law Office and Samuel L. Emerson of Best, Best &

17  Krieger, LLP, filed a Request to Extend Witness Disclosure Submission date in the above-captioned matter.  The

18  application asks the Court to approve a stipulation between the parties to extend the Expert Witness Disclosure

19  submission time line from September 12, 2013 to September 27, 2013, a two (2) week period of extension.  Good

20  cause appearing as the basis of the request, the request is hereby GRANTED.

21

22  **IT IS SO ORDERED.**

23  Dated:  September 12, 2013.

24

25                                                              LAWRENCE K. KARLTON
                                                                SENIOR JUDGE
26                                                              UNITED STATES DISTRICT COURT

27

28                                              -2-
         **JOINT REQUEST TO APPROVE STIPUATION TO EXTEND WITNESS DISCLOSURE FILING
                                    TIMELINE; [PROPOSED] ORDER**