JACK DURAN, SBN 221704
DURAN LAW OFFICE
4010 Foothills Blvd., S-103, N.98
Roseville, CA 95747
Telephone: (916) 779-3316
Facsimile: (916) 520-3526
**duranlaw@yahoo.com**

Attorneys for Plaintiff CEDARVILLE RANCHERIA

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA -**

**SACRAMENTO DIVISION**

| CEDARVILLE RANCHERIA, | Case No.: **2:12-CV-03046-LKK-CMK** |
|---|---|
| Plaintiff, | **JOINT REQUEST TO CONTINUE STIPULATION TO EXTEND WITNESS DISCLOSURE FILING TIME LINE; ORDER** |
| v. | |
| CEDARVILLE COUNTY WATER DISTRICT, DOES 1 THROUGH 100, INCLUSIVE | |
| Defendant. | |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES TO THE WITHIN ACTION:

Jack Duran of Duran Law Office and Samuel L. Emerson of Best Best & Krieger, LLP, hereby file this application to this Honorable Court requesting its approval of the parties stipulation to a four (4) week extension of time for the filing of Expert Witness Disclosures, from September 27, 2013 to October 27, 2013, for both plaintiff CEDARVILLE RANCHERIA, and CEDARVILLE COUNTY WATER DISTRICT, on the following grounds:

/ / / /

- 1-
JOINT REQUEST TO CONTINUE STIPULATION TO EXTEND WITNESS DISCLOSURE FILING TIME LINE;
[PROPOSED] ORDER

1   On or about September 3, 2013, Plaintiff retained the law firm of Duran Law Office
2   as its general counsel and to represent Plaintiff in this matter.
3   On September 11, 2013 the Court approved Plaintiff's request to substitute Counsel
4   Jack Duran, of Duran Law Office as Plaintiff's Counsel in this matter.
5   The Court has previously approved a two (2) week extension for good cause.  Both
6   Counsels  Request Plaintiff additional time to further explore possible settlement of this
7   matter prior to filing Expert Witness Disclosures.
8   WHEREFORE, Jack Duran of Duran Law Office and Samuel L. Emerson, of Best,
9   Best & Krieger, LLP., respectfully request that this Honorable Court grant the instant
10  application and approve the joint stipulation extending the Expert Witness Disclosure
11  Submission period from September 27, 2013 until October 27, 2013.

Dated this 25th day of September, 2013.

DURAN LAW OFFICE

*s/s Jack Duran*

Attorney for Plaintiff Cedarville Rancheria
Duran Law Office retains the original
document with signatures

BEST, BEST & KRIEGER

*s/s Samuel L. Emerson*
Attorney for Defendant Cedarville
County Water District

- 2-

JOINT REQUEST TO CONTINUE STIPULATION TO EXTEND WITNESS DISCLOSURE FILING TIME LINE;
[PROPOSED] ORDER

**ORDER**

On September 27, 2013, Jack Duran and Duran Law Office and Samuel L. Emerson of Best, Best & Krieger, LLP, filed a Request to Extend Witness Disclosure Submission date in the above-captioned matter. The application asks the Court to approve a stipulation between the parties to extend the Expert Witness Disclosure submission time line from September 27, 2013 to October 27, 2013, a four (4) week period of extension. Good cause appearing as the basis of the request, the request is hereby GRANTED.

IT IS SO ORDERED.

Dated this 27th day of September, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT