UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CEDARVILLE RANCHERIA,<br><br>           Plaintiff,<br><br>   v.<br><br>CEDARVILLE COUNTY WATER DISTRICT, DOES 1 through 100, inclusive,<br><br>           Defendants. | No. CIV. S-12-3046 LKK/CMK<br><br><br>**ORDER** |
|---|---|

    The parties have filed a "Joint Request" to approve their stipulation extending the deadline for filing rebuttals to expert witness disclosures by thirty (30) days. (ECF No. 23.)

    The Joint Request does not show good cause for the court to alter, or permit exceptions to, the Status (Pretrial Scheduling) Conference Order ("Scheduling Order") of March 13, 2013.

    If the parties wish to make informal arrangements regarding discovery deadlines, they are free to do so. However, any such consensual modifications to the Scheduling Order will not be enforced by the court.

////

1

1        Accordingly, the Joint Request is DENIED.

2        IT IS SO ORDERED.

3        DATED:   November 22, 2013.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```