UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARVILLE RANCHERIA,<br><br>     Plaintiff,<br><br>  v.<br><br>CEDARVILLE COUNTY WATER DISTRICT, DOES 1 through 100, inclusive,<br><br>     Defendants. | No. CIV. S-12-3046 LKK/CMK<br><br><br><br>**ORDER** |

   This matter is scheduled for a Final Pretrial Conference on April 21, 2014 at 1:30 p.m.  Pursuant to E.D. Cal. R. 281(a)(1), plaintiff's Pretrial Statement was therefore due to be filed and served no later than April 7, 2014, fourteen (14) days before the conference.  Plaintiff did not file his Pretrial Statement by the deadline, and still has not done so.

   Accordingly,

      1.  Plaintiff's counsel is **ORDERED TO SHOW CAUSE**, in writing, within 30 days of this order why he should not be sanctioned $250, or suffer a dismissal of plaintiff's case for lack of prosecution; and

1

2. The Status (Pretrial Conference) Order is hereby **AMENDED** as follows:

    a. The Final Pretrial Conference is **CONTINUED** to September 22, 2014 at 2:30 p.m.; and

    b. The jury trial is **CONTINUED** to December 2, 2014 at 10:30 a.m.

IT IS SO ORDERED.

DATED: April 15, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT