UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARVILLE RANCHERIA,<br><br>          Plaintiff,<br><br>     v.<br><br>CEDARVILLE COUNTY WATER DISTRICT, DOES 1 through 100, inclusive,<br><br>          Defendants. | No. CIV. S-12-3046 LKK/CMK<br><br><br>**ORDER** |

   Good cause having been shown, the Order To Show Cause of April 16, 2014 (ECF No. 28), is hereby **DISCHARGED**.  The dates set forth in that order, however, are **CONFIRMED**.

   IT IS SO ORDERED.

   DATED:  May 16, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1