WILLIAM J. THOMAS, Bar No. 67798
william.thomas@bbklaw.com
SAMUEL L. EMERSON, Bar No. 222783
samuel.emerson@bbklaw.com
JOSHUA A. NELSON, Bar No. 260803
Joshua.nelson@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendant
Cedarville County Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDARVILLE RANCHERIA,<br><br>          Plaintiff,<br><br>v.<br><br>CEDARVILLE COUNTY WATER DISTRICT,<br><br>          Defendant. | Case No.  2:12-CV-03046-JAM-CMK<br><br>**JOINT REQUEST TO APPROVE STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE FOR NINETY DAYS;  ORDER** |

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES TO THE WRITTEN ACTION:** Samuel L. Emerson of Best Best & Krieger LLP and Jack Duran of Duran Law Office, hereby file this application to this Honorable Court requesting its approval of the parties' stipulation to a ninety (90) day extension of the trial and pretrial conference scheduled in the above-entitled action, on the following grounds:

    Plaintiff and Defendant are currently in settlement negotiations and have a draft settlement agreement which is close to final. Defendant is a public entity and any settlement must be approved by the District Board at its next meeting.  Both Counsels request additional time to finalize settlement of this matter and avoid additional costs.

WHEREFORE, Samuel L. Emerson of Best Best & Krieger LLP and Jack Duran of Duran Law Office respectfully request that this Honorable Court grant the instant application and approve the joint stipulation continuing the trial and pretrial conference for ninety (90) days.

Dated: January 6, 2015					BEST BEST & KRIEGER LLP


							By:____/s/ Samuel L. Emerson____
								SAMUEL L. EMERSON
								Attorney for Defendant
								Cedarville County Water District
								Best Best & Krieger retains the original
								document with signatures


							DURAN LAW OFFICE


							By:____/s/ Jack Duran_____
								JACK DURAN
								Attorney for Plaintiff
								Cedarville Rancheria

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

# ORDER

On January 6, 2015, Samuel L. Emerson of Best Best & Krieger LLP and Jack Duran of Duran Law Office filed a request to continue the pretrial conference and trial in the above-captioned matter for ninety (90) days.  The application asks the Court to approve a stipulation between the parties and continue the pretrial conference and trial in the above-captioned matter for ninety (90) days. Good cause appearing as the basis of the request, the request is hereby GRANTED.

IT IS FURTHER ORDERED THAT the pretrial conference is reset to April 10, 2015 at 11:00 a.m.  The parties joint pretrial statement shall be filed on or before April 3, 2015.

Jury trial is reset to May 18, 2015 at 9:00 a.m.

IT IS SO ORDERED

Dated this 7th day of January, 2015

/s/ John A. Mendez\
JOHN A. MENDEZ\
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814