1  JACK DURAN, SBN 221704
   DURAN LAW OFFICE
2  4010 Foothills Blvd., S-103, N.98
   Roseville, CA 95747
3  Telephone: (916) 779-3316
   Facsimile: (916) 520-3526
4  duranlaw@yahoo.com

5  Attorneys for Plaintiff CEDARVILLE
6  RANCHERIA

**FILED**

APR 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CEDARVILLE RANCHERIA,<br><br>    Plaintiff,<br>v.<br><br>CEDARVILLE COUNTY WATER DISTRICT,<br>DOES 1 THROUGH 100, INCLUSIVE<br><br>    Defendant. | Case No.: 2:12-CV-03046-JAM-CMK<br><br>**PARTIES' JOINT REQUEST FOR DISMISSAL AND ORDER** |

**REQUEST FOR DISMISSAL**

The parties, through their undersigned counsel, have reached settlement on all the claims and issues in the case and hereby stipulate as follows:

1. The Court can issue an order dismissing the above entitled matter.

////

////

////

-1-

**DURAN LAW OFFICE**

DATED: April 22, 2015    By: */s/ Jack Duran, Jr.*
                                   JACK DURAN, JR.
                                   Attorney for Plaintiff
                                   CEDARVILLE RANCHERIA

**BEST, BEST & KRIEGER**

DATED: April 22, 2015    By: */s/ Samuel L. Emerson*
                                   SAMUEL L. EMERSON
                                   Attorney for Defendant
                                   CEDARVILLE WATER DISTRICT

## ORDER

Having read the foregoing stipulation of the Parties and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: 4-24-15

JUDGE JOHN A. MENDEZ